OPINION — AG — ** ADOPTION — PRIVACY AND SECURITY — INFORMATION ** A PRIAVE ADOPTION AGENCY IS 'NOT' REQUIRED BY THE LAW TO PERMIT A PROSPECTIVE ADOPTIVE PARENT TO HAVE ACCESS, UPON REQUEST, TO INFORMATION PERTAINING TO THAT INDIVIDUAL WHICH IS ACQUIRED BY THE ORGANIZATION DURING ITS INITIAL INVESTIGATION OF APPLICANTS. (PUBLIC RECORD, FREEDOM OF INFORMATION, RELEASE OF INFORMATION, CHILDREN STATE OFFICER AND EMPLOYEES, DISCLOSE) CITE: 74 O.S. 178 [74-178] (ROZIA M. MCKINNEY)